IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY

AUG 17 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| Plaintiff, | ) | CR. NO. 05-20308 |
| vs. | ) | |
| PATRICK D. MAXWELL<br>KIMBERLY MAXWELL, | ) | |
| Defendants. | ) | |

## ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named Defendants is hereby ordered sealed until further order of the Court.

*S. Thomas Anderson*
UNITED STATES MAGISTRATE JUDGE

DATE: 08-17-05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT