IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 05-20308-D |
| PATRICK D. MAXWELL, | * | |
| Defendant. | * | |

## ORDER GRANTING PARTIES' JOINT MOTION
## TO TRANSFER MATTER

It is hereby ORDERED that the parties' joint motion to transfer the instant matter to the Honorable J. Daniel Breen, U.S. District Court Judge, who is presiding over the earlier case in which the defendant was indicted, Case No. 03-20169-B, is hereby GRANTED.

DONE at Memphis, Tennessee, this 30 day of August 2005.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/2/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Bernice Donald
US DISTRICT COURT