Case 2:05-cr-20308-JDB   Document 16   Filed 09/06/05   Page 1 of 2   PageID 20

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ M _____ D.C.

05 SEP -6 PM 3:37

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **PATRICK MAXWELL** | 2:05cr20308-01-D |

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel. It is therefore ORDERED that the time period of **September 6, 2005** through **September 14, 2005** be excluded from the time imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT RESET TO** Wednesday, September 14, 2005 @ 9:30 AM

**BEFORE MAGISTRATE JUDGE** Dianne K. Vescovo.

This 6th day of September, 2005.

UNITED STATES DISTRICT JUDGE
J. DANIEL BREEN

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT