**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY ___ _MC_ D.C.

05 SEP -6  PM 3: 37

UNITED STATES OF AMERICA

THOMAS GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

-vs-

**Case No.  2:05cr20308-01-D**

**PATRICK D. MAXWELL**

---

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been

held.  The following facts and circumstances require the defendant to be detained pending trial.

> No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.

> This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

### DIRECTIONS REGARDING DETENTION

**PATRICK D. MAXWELL** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **PATRICK D. MAXWELL** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:    September 6, 2005

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in
case 2:05-CR-20308 was distributed by fax, mail, or direct printing on
September 7, 2005 to the parties listed.

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT