IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /D/ D.C.

05 OCT 31 PM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

Cr. No. 05-20308-B

PATRICK MAXWELL,

    DEFENDANT.

## ORDER GRANTING DEFENDANT'S MOTION
## TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS

It is ORDERED that the Defendant's Motion to Extend Time to File Pre-Trial Motions is hereby GRANTED, and the Defendant shall have until _December 1, 2005_ to file Pre-Trial Motions.

DONE at Memphis, Tennessee, this __31st__ day of __October__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-1-05

(45)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20308 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Mark Saripkin
LAW OFFICE OF MARK SARIPKIN
140 N. Third St.
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT